**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**OCTAVIA LEWIS-BROWN** **PLAINTIFF**

**V.** **Case No. 3:25-CV-00133-JM-BBM**

**FRANK BISIGNANO, Commissioner,**
**Social Security Administration** **DEFENDANT**

# ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the decision of the Commissioner is REVERSED, and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 27th day of July, 2026.

______________________________
UNITED STATES DISTRICT JUDGE