**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**OCTAVIA LEWIS-BROWN** **PLAINTIFF**

**VS.** **CASE No. 3:25-CV-133 JM**

**FRANK BISIGNANO,**
**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Plaintiff has filed an unopposed motion for award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA) (Doc. No. 19). After consideration of the motion and the record, the Court finds that the negotiated sum is reasonable.

Therefore, the Court awards Plaintiff attorney's fees in amount of $10,000 to be paid directly to Plaintiff as the prevailing party[1] and delivered to Konoski & Partners, P.C., 180 Tices Lane, Suite 204, Building A, East Brunswick, NJ 08816.

IT IS SO ORDERED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE

[1] Unless the Commissioner determines that payment of the fees directly to Plaintiff's counsel is appropriate.